Rudolph Weiss, Respondent, v. Bernath Weiss and Abraham Kelly, Appellants.— Determination of Appellate Term and order of the City Court reversed and demurrer overruled on the dissenting opinion of Hotchkiss, J., at the Appellate Term (75 Misc. Rep. 644, 649). Order

denying defendants' motion for judgment on the pleadings reversed and judgment for defendants granted, with costs and disbursements in all the courts. Order to be settled on notice.